JS-6

KEVIN G. McCURDY (SBN 115083)
ROBERT J. SCOTT, Jr. (SBN 151775)
McCURDY & FULLER LLP
4300 Bohannon Drive, Suite 240
Menlo Park, CA 94025
Telephone: (650) 618-3500
Facsimile: (650) 618-3599
E-mail: kevin.mccurdy@mccurdylawyers.com
robert.scott@mccurdylawyers.com

Attorneys for Defendant
AMERICAN HOME ASSURANCE COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERSTATE FIRE & CASUALTY COMPANY, an Illinois Corporation,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE COMPANY, a New York Corporation,<br><br>Defendant. | CASE NO. CV 07-6828-VAP (OPx)<br><br>[PROPOSED]<br><br>JUDGMENT AFTER ORDER GRANTING MOTION TO DISMISS WITHOUT LEAVE TO AMEND |

Whereas on April 10, 2008, this Court entered an Order Granting Defendant's Motion To Dismiss without leave to amend,

It is hereby Ordered that judgment in this matter shall be and hereby is entered in favor of defendant American Home Assurance Company and against plaintiff Interstate Fire & Casualty Company, and that American Home Assurance Company shall recover its costs in the amount of $_____.

IT IS SO ORDERED.

Dated: April 30, 2008

_____
Honorable Virginia A. Phillips

27941

- 1 -

[Proposed] JUDGMENT AFTER ORDER GRANTING MOTION TO DISMISS WITHOUT LEAVE TO AMEND